IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD KOVAC, | ) |
|    Plaintiff, | ) Civil Action No.: 2:09-cv-400 |
| vs. | ) |
| PENNSYLVANIA TURNPIKE COMMISSION, MITCHELL RUBIN, GEORGE HATALOWICH, MELVIN SHELTON and MARK ROWE, | ) |
|    Defendants. | ) |

**PLAINTIFF'S APPENDIX IN OPPOSITION TO COMMISSION DEFENDANTS' AND MARK ROWE'S MOTION FOR SUMMARY JUDGMENT**

1. Plaintiff's Response to Pennsylvania Turnpike Commission's First Set of Interrogatories Propounded to Plaintiff.

2. Appeal from Referee's Decision.

3. Amended Complaint.

4. Deposition Excerpts of Gary Pedicone.

5. Deposition Excerpts of Joseph G. Brimmeier, III.

6. Deposition Excerpts of George Hatalowich.

7. Deposition Excerpts of Mitchell Rubin.

Plaintiff incorporates the Deposition of Plaintiff, Don Kovac's which was filed on behalf of the Defendants.

STRASSBURGER McKENNA GUTNICK
& GEFSKY


By: /s/Jordan Lee Strassburger
    Ronald D. Barber, Esq.
    Pa. I.D. No. 52734
    Jordan Lee Strassburger, Esq.
    Pa. I.D. No. 209456

    Four Gateway Center, Suite 2200
    444 Liberty Avenue
    Pittsburgh, PA 15222
    (412) 281-5423
    (412) 281-8264 (Fax)

    Counsel for Plaintiff,
    Donald Kovac

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Plaintiff's Appendix in Opposition to Commission Defendants' and Mark Rowe's Motion for Summary Judgment** was serviced by CM/ECF, this 11th day of August, 2010, on the following:

Michael A. Farnan, Esquire
The Farnan Law Office
3710 Forbes Avenue, 3rd Floor
Pittsburgh, PA  15213
(Counsel for Defendants, Pennsylvania Turnpike Commission, Mitchell Rubin, George Hatalowich and Melvin Shelton)

Peter H. Demkovitz, Esquire
Markowitz & Richman
121 South Broad Street
Philadelphia, PA  19107
(Counsel for Defendant, Mark Rowe)

STRASSBURGER McKENNA GUTNICK
& GEFSKY

By: /s/Jordan Lee Strassburger
    Ronald D. Barber, Esq.
    Pa. I.D. No. 52734
    Jordan Lee Strassburger, Esq.
    Pa. I.D. No. 209456

    Counsel for Plaintiff,
    Donald Kovac