# EXHIBIT 5

```
        IN THE UNITED STATES DISRICT COURT
     FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

DONALD KOVAC,
            Plaintiff

vs.                          Civil Action No.:
                                  2:09-CV-400

PENNSYLVANIA TURNPIKE
COMMISSION, MITCHELL RUBIN,
GEORGE HATALOWICH, MELVIN      TERRENCE F. MCVERRY
SHELTON and MARK ROWE,
           Defendants

Deposition of:   JOSEPH G. BRIMMEIER, III

Taken by       :  Plaintiff

Date           :  May 11, 2010, 9:34 a.m.

Place         :  27 South Arlene Street
                    Harrisburg, Pennsylvania

By            :  Susan L. Petrilla, Reporter
                    Notary Public

Exam./Barber - Brimmeier

18

| | | |
|---|---|---|
| 1 | | supplied the personnel records that we needed. |
| 2 | Q. | Anything else? |
| 3 | A. | Not that I can recall. |
| 4 | Q. | Did she have any direct contact, to your |
| 5 | | knowledge, with representatives at the union in |
| 6 | | the course of bargaining at the time of the |
| 7 | | strike? |
| 8 | A. | Yes. |
| 9 | Q. | What was that contact? |
| 10 | A. | Again, it was the discussions regarding the |
| 11 | | benefit packages that were on the table. |
| 12 | Q. | Would you say that Pat Schlegel was called in to |
| 13 | | the bargaining as needed to provide that kind of |
| 14 | | information? |
| 15 | A. | No, she was there during all the sessions, the |
| 16 | | majority of the sessions. |
| 17 | Q. | All right, back to Don Kovac. When you hired |
| 18 | | him, can you tell me, was this a new position |
| 19 | | that you created for Don? |
| 20 | A. | Yes. |
| 21 | Q. | All right. Did you create a job description, a |
| 22 | | written job description, for that position at |
| 23 | | about the time that he was hired? |
| 24 | A. | No. |
| 25 | Q. | Was one subsequently developed? |

Exam./Barber - Brimmeier

43

| | | |
|---|---|---|
| 1 | Q. | Do you have any knowledge regarding whether |
| 2 | | Melvin Shelton has ever engaged in political |
| 3 | | fundraising among Turnpike Commission employees? |
| 4 | A. | No. |
| 5 | Q. | Are you familiar with the issue of Don Kovac's |
| 6 | | unemployment compensation application? |
| 7 | A. | No. |
| 8 | Q. | Do you know whether unemployment compensation |
| 9 | | tax was withheld from Don's pay during his |
| 10 | | tenure at the Turnpike? |
| 11 | A. | I found out after some of the people were |
| 12 | | terminated that there were people who had |
| 13 | | unemployment taxes taken out of their pay that |
| 14 | | should not have had them taken out.  And I |
| 15 | | instructed Trish Schlegel and our CFO to |
| 16 | | reimburse those people that had unemployment |
| 17 | | taxes taken out who would not be eligible for |
| 18 | | unemployment. |
| 19 | Q. | Did you make any effort to determine what |
| 20 | | happened to those withholdings in the interim |
| 21 | | between them being withheld and then reimbursing |
| 22 | | those employees? |
| 23 | A. | No. |
| 24 | Q. | Do you know if anyone else made an effort to |
| 25 | | find out what happened to that money? |

46

|   |    |   |
|---|----|---|
| 1 |    | Office, you have the various people on second |
| 2 |    | and third tiers of management that have cars. |
| 3 |    | And it all depends on what their job |
| 4 |    | requires, too.  If their job requires extensive |
| 5 |    | travel, then they either have a Turnpike car |
| 6 |    | assigned to them or they use a pool car when |
| 7 |    | they're out doing Turnpike business. |
| 8 | Q. | What is the first tier of Turnpike management? |
| 9 |    | Is that you? |
| 10 | A. | Me.  Me, George, the directors, I would say are |
| 11 |    | the first tier of management. |
| 12 | Q. | Jeff Hess runs the Western Regional Office? |
| 13 | A. | That's correct. |
| 14 | Q. | And Ray Zajack is his assistant? |
| 15 | A. | He was.  Ray since has been moved up to -- I |
| 16 |    | guess his title is assistant director of Fare |
| 17 |    | Collection. |
| 18 | Q. | Since Don's termination, have you recommended a |
| 19 |    | salary increase for anyone at the Turnpike |
| 20 |    | Commission? |
| 21 | A. | We have had salary adjustments where, when we |
| 22 |    | combined the duties of some of the people that |
| 23 |    | we terminated and combined those duties with |
| 24 |    | another department, when HR felt it was |
| 25 |    | justified and suggested it, there have been some |

```
 1              people that got equity adjustments.
 2    Q.        Have there been any salary increases other
 3              than -- since Don's termination, have there been
 4              any salary increases other than because of
 5              reorganization or adding job duties?
 6    A.        Salaries have all been frozen for probably three
 7              years now, two and a half.  Two and a half to
 8              three years -- two years -- two and a half
 9              years.
10    Q.        Has your own secretary's salary been increased
11              since Don's termination?
12    A.        No.
13    Q.        Did you recommend the hiring of an interchange
14              manager named Gillen?  Does that name sound
15              familiar to you?
16    A.        No.
17    Q.        Did you discuss Don Kovac's termination -- I may
18              have asked you this before, and I apologize --
19              with Melvin Shelton?
20    A.        No.
21    Q.        Did you discuss it with Mitchell Rubin?
22    A.        No.
23    Q.        Did you discuss it with Pat Caro?
24    A.        No.
25    Q.        I think that's all I have.
```