# EXHIBIT 6



IN THE UNITED STATES DISRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

. . . . . . . . . . . . . . .
                                    .
DONALD KOVAC,                       .
              Plaintiff             .
                                    .
    vs.                             .   Civil Action No.:
                                    .   2:09-CV-400
PENNSYLVANIA TURNPIKE               .
COMMISSION, MITCHELL RUBIN,         .
GEORGE HATALOWICH, MELVIN           .   TERRENCE F. MCVERRY
SHELTON and MARK ROWE,              .
              Defendants            .
. . . . . . . . . . . . . . .


Deposition of:  GEORGE HATALOWICH

Taken by      :  Plaintiff

Date          :  May 10, 2010, 10:14 a.m.

Place         :  27 South Arlene Street
                 Harrisburg, Pennsylvania

By            :  Susan L. Petrilla, Reporter
                 Notary Public

8

1           to your understanding?

2    A.     No.

3    Q.     Is the Turnpike Commission's annual operating

4           budget approved by any particular body?

5    A.     It is approved by the Commission, yes.

6    Q.     And what is the fiscal year for the Turnpike?

7    A.     It is June 1st through May 31st.

8    Q.     So if Don Kovac was terminated on November 20th

9           of 2008, which I think the record will show,

10          that was in the midst of a fiscal year.  If that

11          was November of 2008, would you call that the

12          fiscal year 2008?  How would you describe -- I

13          guess the question could be put, how would you

14          describe the fiscal year that begins on June 1st

15          of '08?

16   A.     June 1st of '08 would be the 2008-2009 fiscal

17          year.

18   Q.     Simple enough.  Is there a rhythm for the

19          preparation and presentation and approval of

20          annual operating budgets for the Turnpike

21          Commission so that those events tend to take

22          place at the same time year after year?

23   A.     Yes.

24   Q.     Can you describe that for me?

25   A.     It's basically the departments each begin to

Exam./Barber - Hatalowich

13

1        because of fuel prices and probably the

2        beginning of the recession at the time.  So we

3        wanted to do all we could to keep costs as low

4        as possible and be as efficient as possible.

5   Q.   Did the operating budget that was proposed to

6        the Commission reflect a 10 percent decrease in

7        operating costs?

8   A.   I don't recall exactly what the decrease was.

9   Q.   Did it reflect a decrease, to your recollection?

10  A.   I recall that it probably remained flat.  We

11       were looking at the beginning of an increase, so

12       it probably remained flat.

13  Q.   So you're saying you avoided an increase that it

14       looked like you were headed for for that fiscal

15       year.  Is that a fair summary?

16  A.   Yes.

17  Q.   I had asked you whether there was an approved

18       operating budget in place for fiscal year '08-09

19       by certain dates that we talked about.  I'd like

20       to back up and ask you, do you recall whether a

21       completed proposed budget was presented to the

22       Turnpike Commission prior to June 1st of '08?

23  A.   I do recall that I presented a budget, yes.

24  Q.   And was that budget substantial -- I'm sorry,

25       strike that.  Was that budget the one that was

1       fiscal '08-09 was submitted to the Turnpike

2       Commission?

3    A.    I don't recall the exact date, but it would have

4          been after we went through and made all the

5          possible reductions we could have made.

6    Q.    So a submission wasn't even made until after Don

7          Kovac had already been let go.  Is that the

8          chronology?

9    A.    I don't think that there was a formal

10         submission, no.  We, again, start with a budget

11         and continue to make reductions in it as we try

12         to reduce the overall.  So it's a process, it's

13         not something that just happens one time.

14   Q.    In prior years, was it the practice of the

15         Turnpike Commission to have a budget in place

16         for a fiscal year before the first day of the

17         fiscal year?

18   A.    That's always the objective, but some years, it

19         just doesn't happen.

20   Q.    In your knowledge, how many years has it been in

21         place before day one versus how many years has

22         it not been in place before day one?

23   A.    I couldn't tell you exactly how many.  I would

24         think the majority of them we had in place

25         before day one, but I'm sure there were others

32

| | | |
|---|---|---|
| 1 | Q. | Was there any discussion at that meeting of Don |
| 2 | | Kovac and his position? |
| 3 | A. | I don't think we discussed Don Kovac |
| 4 | | specifically being the only position discussed. |
| 5 | | I believe we presented all 15 or so positions |
| 6 | | and made sure the Commission was aware that |
| 7 | | these were the positions that were being |
| 8 | | recommended for elimination. |
| 9 | Q. | Do you know an individual by the name of Melvin |
| 10 | | Shelton? |
| 11 | A. | Yes. |
| 12 | Q. | Is he an employee of the Turnpike Commission? |
| 13 | A. | Yes, he is. |
| 14 | Q. | What's his job title? |
| 15 | A. | I can't recall his exact job title. |
| 16 | Q. | In general, what does he do for the Turnpike |
| 17 | | Commission? |
| 18 | A. | He does some labor negotiations and dealings |
| 19 | | with the union and the majority of the |
| 20 | | grievances and arbitrations, labor negotiations |
| 21 | | with Local 77. |
| 22 | Q. | Was that true in 2008? |
| 23 | A. | Yes. |
| 24 | Q. | To whom does Melvin Shelton report? |
| 25 | A. | Operationally, he would have reported to |

33

1          Mr. Kovac.

2     Q.   To whom does he report now?

3     A.   I believe it's to the Eastern Regional Office

4          director.  And, now that I think about it, at

5          the time in '08, I don't recall if he

6          organizationally -- on an organizational chart,

7          excuse me, reported to Don or reported to the

8          Eastern Regional Office director, but his duties

9          were to do labor relations.

10    Q.   Do you know what Mr. Kovac's salary was at the

11         time of his termination?

12    A.   I don't recall exactly, but I believe it was in

13         the $80,000 range.

14    Q.   What about at the same time what Mr. Shelton's

15         salary was?

16    A.   I don't recall exactly.  Now that I'm thinking

17         about it, maybe Mr. Shelton was in the 80,000

18         and Don was in the $90,000 range.

19    Q.   Were you aware of any conflicts or difficulties

20         between Mr. Shelton and Mr. Kovac?

21    A.   From time to time, I do recall some conflicts

22         and difficulties, yes.

23    Q.   How did those come to your attention?

24    A.   Usually, Mr. Shelton would mention them to me.

25    Q.   Did anyone else bring the subject to you other

Exam./Barber - Hatalowich

36

1          retirements or....

2   Q.    So there's been turnover, then, in the union

3          workforce.  Has there been any increase in the

4          union workforce?

5   A.    No, I don't believe so.

6   Q.    Has there been any increase in the nonunion

7          workforce?

8   A.    I know we've hired some people again for

9          positions that were vacated for retirements or

10         somebody leaving for whatever reason.

11  Q.    What about positions added?

12  A.    I do believe there are a few new management

13         positions based on need for whatever the task is

14         that we hired them to do.

15  Q.    How many?

16  A.    I don't recall an exact number of how many.

17  Q.    Can you tell me what any of those new positions

18         are?

19  A.    I don't know.  I can't recall off the top of my

20         head.

21  Q.    In the management workforce, are you aware of

22         whether there have been any raises given to

23         management employees since the fall of 2008?

24  A.    I believe there were some equity adjustments for

25         when somebody takes on more responsibility or a

37

1          department is reorganized to improve efficiency

2          production.

3     Q.   Any equity adjustments in any other

4          circumstances than the two that you've just

5          described?

6     A.   I don't recall.

7     Q.   Now, you used the phrase "equity adjustments."

8          Can you define that for me?

9     A.   I believe that's the term that's used when a

10         person is given more job duties than their job

11         description called for, because of either a

12         reorganization or a restructuring for efficiency

13         reasons.

14    Q.   Would that be a salary increase exclusively or

15         would there be other factors?

16    A.   Some can be a salary increase.  If duties are

17         taken away, it could be a salary decrease.

18    Q.   Would there be other elements of compensation

19         that are adjusted in an equity adjustment?

20    A.   When you say other elements of compensation, I'm

21         not sure what you mean.  Other than a salary?

22    Q.   Yes.  A change in pension formula, a different

23         vehicle, the addition of some other benefit

24         provided by the Turnpike Commission?

25    A.   I don't think so.

48

| | | |
|---|---|---|
| 1 | | number and asked them, you know -- and what time |
| 2 | | he had departed Central Office.  So we assumed |
| 3 | | somebody driving at, you know, 60 or 65 miles an |
| 4 | | hour would be pretty much at a certain location. |
| 5 | | And, sure enough, they were able to locate him |
| 6 | | and stop him and ask him to call his supervisor. |
| 7 | Q. | You contacted the state police lieutenant and |
| 8 | | gave her some information.  What was your |
| 9 | | instruction to her? |
| 10 | A. | To see if we could get the vehicle stopped and |
| 11 | | explain to Mr. Kovac to call his supervisor. |
| 12 | Q. | Did you give any instruction as to the manner of |
| 13 | | trying to get the vehicle stopped? |
| 14 | A. | No, I left that up to the state police.  But I |
| 15 | | did explain to the lieutenant the situation we |
| 16 | | were dealing with.  That she was aware that we |
| 17 | | were eliminating these positions and had these |
| 18 | | exit interviews scheduled, and that he had left |
| 19 | | before we could have his exit interview. |
| 20 | Q. | Did she say anything back to you? |
| 21 | A. | Other than she understood and she's not |
| 22 | | guaranteeing that they could find him, because |
| 23 | | we really don't know if he got off the system |
| 24 | | or -- you know, there was no -- there was no |
| 25 | | guarantee that we could get him stopped.  So she |