**EXHIBIT 7**

**Original Transcript**

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

DONALD KOVAC,

    Plaintiff,                          Civil Action No: 2:09-cv-400

   vs.

PENNSYLVANIA TURNPIKE
COMMISSION, MITCHELL RUBIN,
GEORGE HATALOWICH, MELVIN
SHELTON and MARK ROWE,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORAL DEPOSITION OF**

**MITCHELL RUBIN**

June 11, 2010
10:02 a.m.

One Logan Square, 18th and Cherry Streets
Philadelphia, Pennsylvania

Tanuya E. Corona
Professional Court Reporter and a Notary Public of the
Commonwealth of Pennsylvania



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia PA 19103
www.esquiresolutions.com

Mitchell Rubin                                      June 11, 2010

                                                              45

1        A.    No.

2        Q.    So what is his position?

3        A.    Now or then?

4        Q.    Now.

5        A.    I don't think he has any position with them

6    anymore.

7        Q.    Does he have a position?

8        A.    He's a lawyer.

9        Q.    Do you know who he represents relative to

10   Union's 77 Turnpike Commission?

11       A.    Nobody that I know of.

12       Q.    Melvin Shelton.  Do you know Melvin Shelton?

13       A.    Yes.

14       Q.    How well do you know Melvin Shelton?

15       A.    How well?  I wouldn't put him in the same

16   category as when you try to solicit answers for let's

17   say Joe Brimmeier or George Hatalowich, but I know

18   Melvin well.  He's not someone that I would see or talk

19   to.  I haven't talked to Melvin since I left.

20       Q.    Do you know what his title is?

21       A.    He works on projects.  A lot of the titles have

22   that in the job description.  I don't know exactly what

23   that is, what his job title is.

24       Q.    Do you know what he did or what he does?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

Mitchell Rubin                                    June 11, 2010

46

1      A.   The only -- I don't know what he does all day

2  long because I'm not there.  I know that he had

3  involvement and significant involvement in the labor

4  part of the turnpike, but I don't know what else he did

5  during the day.  I only know that because that were

6  things that were brought back to me.

7      Q.   Do you know who he reports to?

8      A.   I would assume his supervisor, Schlegel, but he

9  probably also reports to management in the building.

10  That's why it's a problem with the satellite offices

11  because you can get different answers to those

12  questions.

13      Q.   I understand that he's worked at the Turnpike

14  Commission, he's obviously there now, but he works for

15  the Turnpike Commission, took a break for whatever

16  reason and was rehired; is that correct?  Is that your

17  understanding?

18      A.   That's pretty correct, yes.

19      Q.   Okay.  Were you involved in his original

20  hiring?

21      A.   No.

22      Q.   Were you involved in his rehiring?

23      A.   Yes.

24      Q.   To what extent?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com